**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7823**

———————

JAMES A.G. BUNCH, JR.,

Plaintiff - Appellant,

versus

THEODIS BECK, Secretary; BOYD BENNETT,
Director; RANDALL LEE; ROBERT SMITH; ERNEST
SUTTON; UNKNOWN SUPERINTENDENT, Central
Prison; UNKNOWN SUPERINTENDENT, Nash
Correctional Institution; UNKNOWN
SUPERINTENDENT, Pender Correctional
Institution; UNKNOWN SUPERINTENDENT, Wayne
Correctional Institution; UNKNOWN
SUPERINTENDENT, Marion Correctional
Institution; LAWRENCE SOLOMON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-03-741-5-BO)

———————

Submitted: July 21, 2004          Decided: August 4, 2004

———————

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

James A.G. Bunch, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A.G. Bunch, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915 (2000).  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Bunch v. Beck</u>, No. CA-03-741-5-BO (E.D.N.C. Oct. 8, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>